# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 18-1997 PA (SHKx) | Date | September 28, 2018 |
|----------|--------------------------|------|--------------------|
| Title | E.S., et al. v. County of Riverside, et al. | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|-----------------------|--------------|-----|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|----------------------------------|----------------------------------|
| None | None |

**Proceedings:**          IN CHAMBERS - COURT ORDER

On September 20, 2018, the Court issued an order provisionally remanding this action to the Riverside County Superior Court, Case No. PSC 1801867. (Docket No. 7.) The Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by September 27, 2018, if it objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defect.

Accordingly, for the reasons stated in the September 20, 2018 Provisional Remand Order, this action is remanded to the Riverside County Superior Court, Case No. PSC 1801867.

IT IS SO ORDERED.